In the Matter of WILLIAM M. WINDSOR, Appellant, v STATE OF NEW YORK et al., Respondents.

Decided September 14, 2010

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).